B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagle Crossroads Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0718846** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12100 Wilshire Blvd., Ste. 500**<br>**Los Angeles, CA**<br>ZIP Code **90025** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark County, NV** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Thomas H. Fell, Esq. Nevada Bar No. 3717 ***

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Eagle Crossroads Center, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Eagle Crossroads Center, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X_____  Signature of Debtor | X_____  Signature of Foreign Representative |
| X_____  Signature of Joint Debtor | _____  Printed Name of Foreign Representative |
| _____  Telephone Number (If not represented by attorney) | Date |
| _____  Date | |

### Signature of Attorney*

X _(signed)_
Signature of Attorney for Debtor(s)

**Thomas H. Fell, Esq. Nevada Bar No. 3717**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number

**8-30-11**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Authorized Individual

**Brian Good**
Printed Name of Authorized Individual

**Authorized Agent for Eagle Crossroads Center, LLC**
Title of Authorized Individual

**8-30-11**
Date

## RESOLUTIONS ADOPTED BY THE SOLE MEMBER OF
## EAGLE CROSSROADS CENTER, LLC,
### a Delaware limited liability company

The undersigned, being the sole member of Eagle Crossroads Center, LLC, a Delaware limited liability company (the "*Company*"), hereby adopts and approves the following resolutions, to be effective as of August 30, 2011:

WHEREAS: The undersigned has reviewed and considered the interests of the Company, including, but not limited to, its respective creditors, and has reviewed and considered information presented to the undersigned that the undersigned believe necessary to evaluate and reach an informed decision, in connection with the Company filing a petition for relief under Chapter 11 of Title 11 of the United States Code ("*Chapter 11*"), in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*").

RESOLVED: The undersigned hereby authorize and approve the Company filing a petition for relief under Chapter 11 in the Bankruptcy Court.

FURTHER RESOLVED: Subject to the current Independent Managers (as such term is defined in the Limited Liability Company Agreement of Eagle Crossroads Center, LLC dated November 1, 2007 by and among the undersigned and Cheryl Tussie and Michelle A. Dyer, as the Springing Members and Independent Managers) authorizing and approving the Company filing a petition for relief under Chapter 11 in the Bankruptcy Court, Brian Good and Scott Silver (the "*Authorized Persons*") are hereby authorized to execute and file on behalf of the Company the petition for relief under Chapter 11 in the Bankruptcy Court; provided that in the event that the Independent Managers' authorization and approval is no longer effective, further authorization and approval shall be required by the duly elected Independent Managers.

FURTHER RESOLVED: The Authorized Persons shall be designated as the natural persons responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under Chapter 11 and taking all action incidental thereto.

FURTHER RESOLVED: The undersigned authorize, direct, ratify and approve the hiring of the law firm of Gordon Silver to represent the Company in the above-referenced Chapter 11 bankruptcy case.

*(Signature page follows.)*

IN WITNESS WHEREOF, the undersigned, being the sole member of the Company, has executed these resolutions to be effective as of the date set forth above.

                                              HILLCREST EAGLE SHOPPING CENTER, L.P., a California limited partnership

                                              By: Hillcrest Eagle, LLC, a California limited liability company, General Partner

                                              By: _____
                                                    Brian Good, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Eagle Crossroads Center, LLC**
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America, N.A. Trustee- Morgan Stanley Capital I, et al c/o Abran E. Vigil, Esq. 100 N. City Parkway, Ste. 1750 Las Vegas, NV 89106 | Bank of America, N.A. Trustee- Morgan Stanley Captial I, et al c/o Abran E. Vigil, Esq. 100 N. City Parkway, STe. 1750 Las Vegas, NV 89106 | 6464 Decatur Blvd., N. Las Vegas, NV | | 50,921,902.00 (38,000,000.00 estimated secured) |
| City of North Las Vegas Attn: Managing Member 2829 Fort Sumter Drive N. Las Vegas, NV 89030 | City of North Las Vegas Attn: Managing Member 2829 Fort Sumter Drive N. Las Vegas, NV 89030 | Services provided | | 8,470.79 |
| Malco Nevada, Inc. Attn: Managing Member 5051 E. Orangethorpe Ave. #E-259 Anaheim, CA 92807 | Malco Nevada, Inc. Attn: Managing Member 5051 E. Orangethorpe Ave. #E-259 Anaheim, CA 92807 | Services provided | | 6,344.92 |
| Dapper Properties Attn: Managing Member 985 White Dr., Ste. 100 Las Vegas, NV 89119 | Dapper Properties Attn: Managing Member 985 White Dr., Ste. 100 Las Vegas, NV 89119 | Services provided | | 5,539.98 |
| NV Energy Attn: Managing Member PO Box 30086 Reno, NV 89520-3086 | NV Energy Attn: Managing Member PO Box 30086 Reno, NV 89520-3086 | Services provided | | 2,801.86 |
| Ace Fire Systems, Inc. Attn: Managing Member 2620 Western Avenue Las Vegas, NV 89109 | Ace Fire Systems, Inc. Attn: Managing Member 2620 Western Avenue Las Vegas, NV 89109 | Services provided | | 2,752.61 |
| Blue & Green Attn: Managing Member P.O. Box 336689 N. Las Vegas    89033 | Blue & Green Attn: Managing Member P.O. Box 336689 N. Las Vegas    89033 | Services provided | | 2,374.05 |
| Simple Waste Solutions Attn: Managing Member 8414 West Farm Road Ste. 180-241 Las Vegas, NV 89131 | Simple Waste Solutions Attn: Managing Member 8414 West Farm Road Ste. 180-241 Las Vegas, NV 89131 | Services provided | | 1,002.45 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Eagle Crossroads Center, LLC**                      Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Precision Plumbing, Inc.<br>Attn: Managing Member<br>6935 Aliante Parkway, Suite 104-347<br>N. Las Vegas, NV 89084 | Precision Plumbing, Inc.<br>Attn: Managing Member<br>6935 Aliante Parkway, Suite 104-347<br>N. Las Vegas, NV 89084 | Services provided | | 900.00 |
| Republic Services<br>Attn: Managing Member<br>P O Box 78829<br>Phoenix, AZ 85062-8829 | Republic Services<br>Attn: Managing Member<br>P O Box 78829<br>Phoenix, AZ 85062-8829 | Services provided | | 864.06 |
| Liberty Mechanical Service<br>Attn: Managing Member<br>10196 Stone Oak Court<br>Las Vegas, NV 89148 | Liberty Mechanical Service<br>Attn: Managing Member<br>10196 Stone Oak Court<br>Las Vegas, NV 89148 | Services provided | | 675.00 |
| Santoro, Driggs Et. Al.<br>Attn: Managing Member<br>400 South Fourth St., 3rd Flr.<br>Las Vegas, NV 89101 | Santoro, Driggs Et. Al.<br>Attn: Managing Member<br>400 South Fourth St., 3rd Flr.<br>Las Vegas, NV 89101 | Services provided | | 648.78 |
| Vegas Valley Electrical Service<br>Attn: Managing Member<br>2235 E. Flamingo Rd<br>Suite # 100-F<br>Las Vegas, NV 89119 | Vegas Valley Electrical Service<br>Attn: Managing Member<br>2235 E. Flamingo Rd<br>Suite # 100-F<br>Las Vegas, NV 89119 | Services provided | | 478.00 |
| City of North Las Vegas - FIRE<br>Attn: Managing Member<br>Utilities Department PO Box 360118<br>N. Las Vegas, NV 89036-0118 | City of North Las Vegas - FIRE<br>Attn: Managing Member<br>Utilities Department PO Box 360118<br>N. Las Vegas, NV 89036-0118 | Services provided | | 449.41 |
| Enviro Safe Pest Control<br>Attn: Managing Member<br>5010 S. Decatur Blvd., Suite F<br>Las Vegas, NV 89118 | Enviro Safe Pest Control<br>Attn: Managing Member<br>5010 S. Decatur Blvd., Suite F<br>Las Vegas, NV 89118 | Services provided | | 220.00 |
| Stanley Convergent Security Solutions<br>Attn: Managing Member<br>Dept 10651<br>Palatine, IL 60055 | Stanley Convergent Security Solutions<br>Attn: Managing Member<br>Dept 10651<br>Palatine, IL 60055 | Services provided | | 156.28 |
| Henderson Lock & Key<br>Attn: Managing Member<br>7435 S Eastern Avenue Suite 5-203<br>Las Vegas, NV 89123 | Henderson Lock & Key<br>Attn: Managing Member<br>7435 S Eastern Avenue Suite 5-203<br>Las Vegas, NV 89123 | Services provided | | 106.68 |
| Southwest Gas Corporation<br>Attn: Managing Member<br>P O Box 98890<br>Las Vegas, NV 89193-8890 | Southwest Gas Corporation<br>Attn: Managing Member<br>P O Box 98890<br>Las Vegas, NV 89193-8890 | Services provided | | 83.12 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Eagle Crossroads Center, LLC**                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| CenturyLink<br>Attn: Managing Member<br>PO Box 2961<br>Phoenix, AZ 85062-2961 | CenturyLink<br>Attn: Managing Member<br>PO Box 2961<br>Phoenix, AZ 85062-2961 | Services provided | | 64.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent for Eagle Crossroads Center, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __8-30-11__          Signature  _____
                                      Brian Good
                                      Authorized Agent for Eagle Crossroads Center, LLC

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re  **Eagle Crossroads Center, LLC**                               Case No. _____
                                   Debtor(s)                          Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent for Eagle Crossroads Center, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __8-30-11__                   _____
                                     Brian Good/Authorized Agent for Eagle Crossroads Center, LLC
                                     Signer/Title

Abran E. Vigil, Esq.
Ballard Spahr, LLP
For: Bank of America as Trustee
100 N. City Parkway, Ste. 1750
Las Vegas, NV 89016

Aloha Orthodontics
Attn: Dr. Naren Chelian
6592 N. Decatur Blvd., Suite 160
N. Las Vegas, NV 89131

Bank of America, NA
Attn: Viola Russell
Attn: NC2-109-06-05/PNV11930001
P.O. Box 30120
Charlotte, NC 28202-0120

Bath & Body Works, Store #42021629
Attn: Real Estate Department
Seven Limited Parkway
PO Box 1836
Reynoldsburg, OH 43068

Bed Bath & Beyond, Store #1146
Attn: Warren Eisenberg
650 Liberty Avenue
Union, NJ 7083

Century 21 Trend Setters
Attn: James Terrell
6592 N Decatur Blvd #130
Las Vegas, NV 89131

Cingular Wireless
Attn: Ron Ellman
12555 Cingular Way #2300
Alpharetta, GA 30004

Colleen's Classics
Attn: Colleen Aiken
6578 N. Decatur Blvd. #100
N. Las Vegas, NV 89131

Cugino's Pizza
Attn: Rick Meci
6584 North Decatur Blvd., Ste.140
Las Vegas, NV 89131

David Pham, DDS
Attn: Managing Member
2220 E Serene Avenue #100-3
Las Vegas, NV 89123

Dr. Jason O. Jaeger
Attn: Managing Member
6592 N. Decatur Blvd., Suite 115 & 120
N. Las Vegas, NV 89131

Electronics Boutique of America Inc
Attn: Courtney Berry
625 Westport Parkway
Grapevine, TX 76051-6740

Euphoria Institute LLC
Attn: Kristie Chiles
Lincoln Educational Services
200 Executive Drive, Suite 340
West Orange, NJ 7052

Galleria de Chavez LLC
Attn: Ernest Chavez
5635 Lusitano
Las Vegas, NV 89130

Geisha Corporation
Attn: Donghwan Park
3111 S. Valleyview Blvd., Suite A-204
Las Vegas, NV 89102

General Nutrition Corporation - KK#5966
Attn: Real Estate Counsel (KK#5966)
300 Sixth Avenue
Pittsburgh, PA 15222

Goldfinger's
Attn: Rich Hall
1235 E Pebble Road
Las Vegas, NV 89123

Goldilock's
Attn: Ruby Hao
2797 South Maryland Parkway
Las Vegas, NV 89109

Hallmark Retail Inc. # 520
Attn: Leasing Coordinator - MD#586
2501 McGee Street
Kansas City, MO 64103

Hogs Heaven Barbeque
Attn: Gary LaTourette
2100 Pinto Lane
Las Vegas, NV 89106

J's Cleaners
Attn: Se Young Lee
6536 N. Decatur Blvd., Ste. 160
N. Las Vegas, NV 89131

L P Doyle Inc
Attn: Joe Lamarca
3355 S Highland Suite 112
Las Vegas, NV 89108

Little Dumplings LLC
Attn: Jean
6572 N. Decatur #120
Las Vegas, NV 89131

Lulu Hawaiian BBQ
Attn: Mike / Wendy
6512 N. Decatur Blvd. #110
N. Las Vegas, NV 89131

Mattress Firm #5425 Alliante
Attn: Real Estate Department
5815 Gulf Freeway
Houston, TX 77023

National Vision, Inc.
Attn: Karen Kaiser
296 Grayson Highway
Lawrenceville, GA 30045

Nevada Legal Forms & Books
Attn: Mike Angell
3901 W Charleston Blvd
Las Vegas, NV 89108

NV Fitness Management, LLC
Attn: Stephen Benson
6446 N. Durango Drive, #125
Las Vegas, NV 89149

Payless Shoesource Inc
Attn: Lease Administrator, Store #2663
P O Box 3560
Topeka, KS 66601-3560

Port of Subs - Corporate
Attn: Michael Saltz
5365 Mae Anne Ave, Suite A-29
Reno, NV 89523

RadioShack Corporation, Store #019499
Attn: Joyce Hickman
Mail Stop WF6 5014
300 RadioShack Circle
Fort Worth, TX 76102-1964

Sideline Sports LLC
Attn: Rhonda Boyle
1775 Martin Luther King #200
Las Vegas, NV 89106

TitleMax of Nevada, Inc.
Attn: Leasing Manager
15 Bull Street, Suite 200
Savannah, GA 31401

Wings Restaurant
Attn: Kelly Holtz
8184 Wildfire Street
Las Vegas, NV 89123

Nevada Dept. of Taxation
Bankruptcy Section
555 E Washinton Ave. #1300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Bank of America, N.A., Trustee
c/o Abran E. Vigil, Esq.
Ballard Spahr, LLP
100 N. City Parkway,Ste. 1750
Las Vegas, NV 89106

NV Energy
Attn: Managing Member
PO Box 30086
Reno, NV 89520-3086

Ace Fire Systems, Inc.
Attn: Managing Member
 2620 Western Avenue
Las Vegas, NV 89109

City of North Las Vegas - 086178
Attn: Managing Member
2829 Fort Sumter Drive
N. Las Vegas, NV 89030

Sally Beauty Company Inc #3406
Jennifer Kisinger - Lease Accounting
Attn: Real Estate #3406
3001 Colorado Blvd
Denton, TX 76210

Starbucks Corporation, Store # 11972
Attn: Property Management Dept
Mailstops S-RE3
P O Box 34067
Seattle, WA 98124-1067

Toys in the Attic
Attn: Charles L. Owen II
6536 N. Decatur Blvd. #150
N. Las Vegas, NV 89131

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Traning & Rehab.
Employment Security Division
500 East Third Street
Carson City, NV 89713

Massechusetts Dept. of Renenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Flr.
Boston, MA 02114-9564

Southwest Gas Corporation
Attn: Managing Member
 P O Box 98890
Las Vegas, NV 89193-8890

Republic Services
Attn: Managing Member
P O Box 78829
Phoenix, AZ 85062-8829

Blue & Green
Attn: Managing Member
P.O. Box 336689
N. Las Vegas 89033

Dapper Properties
Attn: Managing Member
985 White Dr., Ste.100
Las Vegas, NV 89119

Shelter Mutual Insurance Company
Attn: Vickie Gares, General Services
1817 West Broadway
Columbia, MO 65218

Super Taco
Attn: Ramon Gonzalez
6584 N. Decatur Blvd. Unit 130
Las Vegas, NV 89131

U-Swirl International, Inc.
Attn: Lori Parks
6592 N. Decatur Blvd. #100/105
N. Las Vegas, NV 89131

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

CIII Asset Management
Attn: Allison Eidson
5221 N. O'Connor Blvd.
Suite 600
Irving, TX 75039

CenturyLink
Attn: Managing Member
PO Box 2961
Phoenix, AZ 85062-2961

Vegas Valley Electrical Service
Attn: Managing Member
2235 E. Flamingo Rd
 Suite # 100-F
Las Vegas, NV 89119

City of North Las Vegas - 083081 - FIRE
Attn: Managing Member
Utilities Department
PO Box 360118
N. Las Vegas, NV 89036-0118

Enviro Safe Pest Control
Attn: Managing Member
5010 S. Decatur Blvd., Suite F
Las Vegas, NV 89118

Henderson Lock & Key
Attn: Managing Member
7435 S Eastern Avenue Suite 5-203
Las Vegas, NV 89123

Liberty Mechanical Service
Attn: Managing Member
10196 Stone Oak Court
Las Vegas, NV 89148

Malco Nevada, Inc.
Attn: Managing Member
5051 E. Orangethorpe Ave. #E-259
Anaheim, CA 92807

Precision Plumbing, Inc.
Attn: Managing Member
6935 Aliante Parkway, Suite 104-347
N. Las Vegas, NV 89084

Santoro, Driggs Et. Al.
Attn: Managing Member
400 South Fourth St., 3rd Flr.
Las Vegas, NV 89101

Simple Waste Solutions
Attn: Managing Member
8414 West Farm Road Ste. 180-241
Las Vegas, NV 89131

Stanley Convergent Security Solutions
Attn: Managing Member
Dept 10651
Palatine, IL 60055